# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

JAMES NEWNAM,

    Petitioner,

v.                                   CASE NO. 4:07cv270-RH/WCS

JAMES R. McDONOUGH,

    Respondent.

_____/

## ORDER DISMISSING PETITION

This matter is before the court on the magistrate judge's report and recommendation (document 16), to which no objections have been filed. Upon consideration,

IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the opinion of the court. Respondent's motion to dismiss (document 13) is GRANTED. The amended petition challenging Petitioner's conviction in the Second Judicial Circuit, Leon County, Florida, case number 2002-CF-3615, and related cases, is

DISMISSED as untimely.  The clerk shall enter judgment and close the file.

SO ORDERED this 22d day of February, 2008.

s/Robert L. Hinkle
Chief United States District Judge
